AO 91 (Rev. 3/99) Criminal Complaint

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

UNITED STATES OF AMERICA

V.

**Christopher FREEMAN**

**CRIMINAL COMPLAINT**

CASE NUMBER:

**1:09MJ0-36.D**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about February 13, 2009 in Clermont County, in the Southern Judicial District of Ohio Defendant did,

Did possess/sell firearms, having had reasonable cause to believe the firearms were stolen. The firearms possessed/sold by FREEMAN had previously traveled in interstate commerce,

In violation of Title 18 United States Code, Sections 922(j).

I further state that I am a Special Agent for the Bureau of Alcohol, Tobacco, Firearms and Explosives and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

continued on the attached sheet and made a part hereof:   X YES   ☐ NO

Signature of Complainant

Sworn to before me and subscribed in my presence,

2/18/09

Date

AT  CINCINNATI, OH

City and State

TIMOTHY S. BLACK
U.S. MAGISTRATE JUDGE

Name and Title of Judicial Officer

Timothy S. Black

Signature of Judicial Officer

## Affidavit

I, John K. Scott hereinafter referred to as affiant, having been duly sworn and cautioned, does declare and state as follows:

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives, United States Department of Justice, and have been so employed since April 23, 2000. The following is based upon my personal knowledge and belief and from information received from other individuals and officers.

2. On February 12, 2009, Russ Whitley, the owner of Arcade Antiques, a Federal Firearms Licensee (FFL), reported the theft of approximately 36 firearms from his store, located at 408 South Main Street, Bethel, OH 45106.

3. On February 13, 2009, Special Agent (SA) Scott Chard, acting in an undercover capacity purchased 3 firearms, that affected interstate commerce, from Christopher FREEMAN that were stolen from the FFL. FREEMAN advised SA Chard that all of the firearms were brand new and had never been fired. FREEMAN advised SA Chard that the .357 revolver that he purchased still had the plastic piece on the cylinder.

4. This affiant has verified from a list provided by the FFL that the 3 firearms were stolen on or about February 12, 2009 from the FFL. According to the list the FFL values the three firearms that were purchased at $2210, SA Chard paid $370 for the three firearms.

5. Based upon the aforementioned facts stated herein, the affiant has probable cause to believe that Christopher FREEMAN did on February 13, 2009, possess/sell firearms, that he knowingly or had reasonable cause to believe had been stolen. The firearms had previously traveled in interstate commerce. The violations occurred in Clermont County, Ohio, the Southern Judicial District of Ohio in violation of Title 18 U.S.C., Section 922(j).

_____
John K. Scott
Special Agent, ATF

Sworn and subscribed before me on this 18th day of February 2009.

_____
Timothy S. Black
UNITED STATES MAGISTRATE JUDGE