# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION



| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. **1 1 0 9 C R — 0 3 0** |
| | : | |
| | : | **I N D I C T M E N T** |
| vs. | : | 18 U.S.C. § 922(j) |
| | : | 18 U.S.C. § 924(a)(2) |
| | : | 18 U.S.C. § 2    **J. BARRETT** |
| **CHRISTOPHER FREEMAN (1)** | : | |
| **WILLIAM ROEHM (2)** | : | |

- - - - - - - - - - - - - - - - - - - - - - -

**THE GRAND JURY CHARGES THAT:**

## COUNT 1

Beginning on or about February 12, 2009 and continuing up to and through February 13, 2009, in the Southern District of Ohio, the defendants, **CHRISTOPHER FREEMAN** and **WILLIAM ROEHM**, did knowingly receive, possess and dispose of stolen firearms, to wit: a Colt .22 cal. Derringer, serial number 21738N; a Smith & Wesson, model MP 340, .357 caliber, revolver, serial number DCF1633; a Colt, model Detective Special, .38 cal. revolver, serial number 518718; a H&R model 632, .32 caliber revolver, serial number AP50806; a CZ, model 27, .32 caliber pistol, serial number 35427 with an orange tag reading CZ NAZI Police; a Ruger, model Security Six, .357 caliber revolver, serial number 158-76794; a Smith &Wesson, model 37, .38 caliber revolver, serial number 5J7466; a Lyman black powder revolver, serial number 29652; a Jimenez Arms, model JA 380, .380 caliber pistol, serial number 093751; a Taurus, model 608, .357 caliber revolver, serial number AY56770; a Taurus, model The Judge, .45/410 caliber/gauge revolver, serial number BP600054, and a Walther, model P22, .22 caliber pistol, serial number L245258; which had been shipped or transported in interstate commerce knowing and having reasonable cause to believe the weapons were stolen,

**All in violation of 18 U.S.C. § 922(j) and 18 U.S.C. §§ 924(a)(2) and 2.**

**COUNT 2**

Beginning on or about February 12, 2009 and continuing up to and through February 13, 2009, in the Southern District of Ohio, the defendant, **WILLIAM ROEHM**, having been convicted of crimes punishable by imprisonment for a term exceeding one (1) year, that is, Grand Theft of a Motor vehicle, in case number 1999-CR-000320 and Burglary in case number 2002-CR-57 both in the Clermont County Court of Common Pleas, Clermont County, Ohio, did knowingly possess firearms in and affecting commerce, to wit: a Colt .22 cal. Derringer, serial number 21738N; a Smith & Wesson, model MP 340, .357 caliber, revolver, serial number DCF1633; a Colt, model Detective Special, .38 cal. revolver, serial number 518718; a H&R model 632, .32 caliber revolver, serial number AP50806; a CZ, model 27, .32 caliber pistol, serial number 35427 with an orange tag reading CZ NAZI Police; a Ruger, model Security Six, .357 caliber revolver, serial number 158-76794; a Smith &Wesson, model 37, .38 caliber revolver, serial number 5J7466; a Lyman black powder revolver, serial number 29652; a Jimenez Arms, model JA 380, .380 caliber pistol, serial number 093751; a Taurus, model 608, .357 caliber revolver, serial number AY56770; a Taurus, model The Judge, .45/410 caliber/gauge revolver, serial number BP600054, and a Walther, model P22, .22 caliber pistol, serial number L245258; which had been shipped or transported in interstate commerce.

**All in violation of 18 U.S.C. § 922(g)(1) and 18 U.S.C. § 924(a)(2).**

**A TRUE BILL.**

$5/$

**GRAND JURY FOREPERSON**

**GREORGY G. LOCKHART**
**UNITED STATES ATTORNEY**

**ANTHONY SPRINGER**
**DEPUTY CRIMINAL CHIEF**