UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE No. CR-1-09-030(1) |
| | : | |
| v. | : | JUDGE BARRETT |
| | : | |
| CHRISTOPHER FREEMAN | : | **ELEMENTS OF OFFENSE** |
| | : | **18 U.S.C. §§ 922(j) & 924(a)(2)** |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

The elements of the offense of 18 U.S.C. § 922(j) and 18 U.S.C. § 924(a)(2) are as follows:

**First**: That the defendant possessed or received a stolen firearm;

**Second**: The firearm had moved or was shipped in interstate or foreign commerce;

**Third**: The defendant knew or had reasonable cause to believe the firearm was stolen;

**Fourth**: That the act or acts occurred on or about the date alleged in the Indictment and within the Southern Judicial District of Ohio.

                                                                       Respectfully submitted,

                                                                       GREGORY G. LOCKHART
                                                                       United States Attorney

                                                                       s/ Timothy D. Oakley
                                                                       TIMOTHY D. OAKLEY(0039965)
                                                                       Assistant United States Attorney
                                                                       221 East Fourth Street, Suite 400
                                                                       Cincinnati, Ohio 45202
                                                                       (513) 684-3711

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Elements of Offense was served this 8th day of May, 2009, electronically on: Richard Smith-Monahan, Esq. Attorney for defendant.

                                                s/ Timothy D. Oakley
                                                TIMOTHY D. OAKLEY(0039965)
                                                Assistant United States Attorney